
FILED
AUG 0 8 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> KYLE W. PIMENTEL, ) <br> ) <br> Defendant. ) <br> _____) | No. 1:18-PO-00090 SAB <br><br> ORDER OF RELEASE |

The above-named defendant appeared on August 8, 2019, with the Court ORDERING the warrant recalled. Defendant is further ORDERED TO APPEAR for a Status Hearing on September 19, 2019, at 10:00 am before Magistrate Judge Stanley A. Boone.

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

DATED: August 8, 2019

ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE

cc: Hand-delivered to USM 5:00 pm 8/8/19