HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
KYLE PIMENTEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLE PIMENTEL,<br><br>Defendant. | Case 1:18-po-00090-SAB<br><br>**CONSENT TO APPEAR BY VIDEO TELECONFERENCE** |
|---|---|

I, Kyle Pimentel, understand that under the Federal Rules of Criminal Procedure and the United States Constitution, I have a right to be present in open court for my initial appearance in this case. After consulting with my attorney, Assistant Federal Defender Matthew Lemke, I hereby consent to appear by video teleconference for the initial appearance currently set for January 26, 2021.

Dated: January 25, 2021    */s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
KYLE PIMENTEL

Dated: January 25, 2021    */s/ Kyle Pimentel*
KYLE PIMENTEL
Defendant

### ORDER

IT IS HEREBY ORDERED that pursuant to the CARES Act and Fed. R. Crim. P. 43, Kyle Pimentel is permitted to appear by video teleconference for the initial appearance scheduled to take place on January 26, 2021.

IT IS SO ORDERED.

Dated: __**January 25, 2021**__

UNITED STATES MAGISTRATE JUDGE