HEATHER E. WILLIAMS, #122664
Federal Defender
JAYA GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
KYLE PIMENTEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLE PIMENTEL,<br><br>Defendant. | Case No. 1:18-po-00090-SAB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER**<br><br>DATE: November 17, 2022<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Stanley A. Boone |
|---|---|

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Jaya Gupta, counsel for defendant Kyle Pimentel, that the status conference currently set for September 15, 2022, at 10:00 a.m. be continued to November 17, 2022 at 10:00 a.m.

//

1  Defense counsel requires additional time to complete ongoing investigation and to
2  consult with her client. Defense counsel had a multi-day evidentiary before the Honorable
3  William B. Shubb, along with other hearings, including motion hearings, that have also occupied
4  the majority of her time. The evidentiary hearing before Judge Shubb will resume on September
5  21 and 22, 2022 with the potential for additional dates in the future. The parties agree that a
6  status conference date of November 17, 2022, will allow sufficient time to complete the
7  necessary preparations. Accordingly, a continuance to November 17, 2022, is requested by the
8  defense and the government does not object.

 The parties have agreed to continue the status conference at the request of defense
10 counsel who requires additional time to conduct further investigation relevant to the alleged
11 violations in this matter. Accordingly, the parties request a continuance to November 17, 2022,
12 to afford enough time to complete that investigation.

                                                Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 12, 2022           */s/ Jaya Gupta*
                                   JAYA GUPTA
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   KYLE PIMENTEL


PHILLIP A. TALBERT
United States Attorney


Date: September 12, 2022           */s/ Jeffrey Spivak*
                                   JEFFREY SPIVAK
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

Pimentel -
Stipulation to Continue

2

## **ORDER**

IT IS HEREBY ORDERED that the status conference scheduled for September 15, 2022, at 10:00 a.m. is continued to November 17, 2022, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **September 12, 2022**

UNITED STATES MAGISTRATE JUDGE