HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
KYLE W. PIMENTEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KYLE W. PIMENTEL, <br><br> Defendant. | No. 1:18-po-00090-SAB <br><br> **ORDER RE STIPULATION TO VACATE STATUS CONFERENCE AND INSTEAD SET BRIEFING SCHEDULE AND HEARING DATE** <br><br> Date: January 19, 2023 <br> Time: 10:00 a.m. <br> Court: Hon. Stanley A. Boone |

**IT IS HEREBY ORDERED THAT** the status conference currently scheduled for November 17, 2022 is hereby vacated and Mr. Pimentel is instead ordered to appear at the January 19, 2023 motion hearing.

//

//

**IT IS FURTHER ORDERED THAT** a briefing schedule on the defense motion is hereby set. The defense motion is to be filed on or before December 8, 2022. The government opposition is to be filed on or before December 22, 2022. Any defense reply is to be filed on or before December 29, 2022. A hearing on the motion is hereby set for January 19, 2023, at 10:00 a.m. before the Honorable Stanley A. Boone, United States Magistrate Judge. The defendant is ordered to appear,

IT IS SO ORDERED.

Dated:   **November 15, 2022**

UNITED STATES MAGISTRATE JUDGE