HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
KYLE PIMENTEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLE PIMENTEL,<br><br>Defendant. | Case No.  1:18-po-00090-SAB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER**<br><br>DATE:    February 16, 2023<br>TIME:    10:00 a.m.<br>JUDGE:  Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Kyle Pimentel, that the status conference currently set for January 19, 2023 may be continued to February 16, 2023, at 10:00 a.m. or the soonest time thereafter convenient to the court.

It is further stipulated that a new motion briefing schedule may be set with the defense motion due on or before January 19, 2023; the government opposition due on or before February 2, 2023; any defense reply due on or before February 9, 2023; and the motion hearing set for February 16, 2023.

Mr. Pimentel's previously assigned counsel set the current briefing schedule on November 17, 2022, but has since left the Office of the Federal Defender for the Eastern District of California and this matter needs to be reassigned within the office. Currently the office is short

staffed and new counsel will need to get up to speed on the details of this case and draft the motion while handling an already large case load. For this reason the requested continuance is reasonably necessary under 18 U.S.C. 3565(c) to allow for proper defense preparation and continuity of counsel. Accordingly, the parties request a continuance to February 16, 2023.

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Date: December 6, 2022            */s/ Eric V. Kersten*
                                          ERIC V. KERSTEN
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          KYLE PIMENTEL

                                          PHILLIP A. TALBERT
                                          United States Attorney

Date: December 6, 2022            */s/ Jeffrey Spivak*
                                            JEFFREY SPIVAK
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED that the status conference currently scheduled for January 19, 2023 is vacated and Mr. Pimentel is instead ordered to appear on February 16, 2023, at 10:00 a.m.

IT IS FURTHER ORDERED that a briefing schedule is hereby set with any defense motion to be filed on or before January 19, 2023; the government opposition to be filed on or before February 2, 2023; any defense reply to be filed on or before February 9, 2023; and a hearing on the motion set for February 16, 2023, before the Honorable Stanley A. Boone.  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:  **December 7, 2022**

                                            UNITED STATES MAGISTRATE JUDGE